1  Paul R. Kiesel, State Bar No. 119854
     *kiesel@kbla.com*
2  Jeffrey A. Koncius, State Bar No. 189803
     *koncius@kbla.com*
3  Matthew A. Young, State Bar No. 266291
     *young@kbla.com*
4  KIESEL + LARSON LLP
   8648 Wilshire Boulevard
5  Beverly Hills, California 90211-2910
   Tel:   310-854-4444
6  Fax:  310-854-0812

7  [*Additional Counsel for Plaintiffs Listed on Signature Page*]

8
9  Attorneys for Plaintiff, STANLEY NADER, on behalf of himself and all others similarly situated.
10

11              UNITED STATES DISTRICT COURT

12         CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

13

| | |
|---|---|
| STANLEY NADER, on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (U.S.A.), N.A. and DOES 1 through 20,<br><br>Defendants.<br><br>AND RELATED CONSOLIDATED CASES | Case No. CV-12-01265-DSF (RZx)<br>[Consolidated with Case Nos. CV-12-1772-DSF (RZx) and CV-12-4906-DSF (RZx)]<br><br>CLASS ACTION<br><br>**CORRECTED TABLE OF AUTHORITIES FOR MOTION FOR CLASS CERTIFICATION [DOC. NO. 103]**<br><br>Judge: Hon. Dale S. Fischer<br>Date:   October 21, 2013<br>Time:   1:30 p.m.<br>Crtrm.: 840 - Roybal<br><br>Trial Date:    November 5, 2013 |

# TABLE OF AUTHORITIES

## CASES

*Amchem Prods., Inc. v. Windsor,*
 521 U.S. 591 (1997) ................................................................................. 9, 17

*Armstrong v. Davis,*
 275 F.3d 849 (9th Cir. 2001) ................................................................... 12, 13

*Blackie v. Barrack,*
 524 F.2d 891 (9th Cir. 1975) ......................................................................... 10

*Buckhannon Bd. & Care Home, Inc. v. West Virginia Dept. of Health & Human Res.,*
 532 U.S. 598 (2001), *superseded by statute on other grounds*,
 5 U.S.C. § 552(a)(4)(E) ................................................................................ 21

*CashCall, Inc. v. Superior Court,*
 159 Cal. App. 4th 273 (2008) .................................................................. 8, 10

*Deposit Guar. Nat'l Bank, Jackson, Miss. v. Roper,*
 445 U.S. 326 (1980) ........................................................................................ 9

*Eisen v. Carlisle & Jacquelin,*
 417 U.S. 156 (1974) ........................................................................................ 9

*Flanagan v. Flanagan,*
 27 Cal. 4th 766 (2002) .................................................................................... 7

*Gulf Oil Co. v. Bernard,*
 452 U.S. 89 (1981) .......................................................................................... 9

*Hanlon v. Chrysler Corp.,*
 150 F.3d 1011 (9th Cir. 1998) ..................................................... 2, 12, 17, 19

*Hanon v. Dataproducts Corp.,*
 976 F.2d 497 (9th Cir. 1992) ......................................................................... 17

*Jordan v. Cnty. of Los Angeles,*
 669 F.2d 1311 (9th Cir.), *vacated and remanded on other grounds*,
 459 U.S. 810 (1982) ................................................................................ 10, 11

*Judicial Watch, Inc. v. United States DOJ,*
 878 F. Supp. 2d 225 (D.D.C. 2012) .............................................................. 21

*Kearney v. Salomon Smith Barney, Inc.,*
 39 Cal. 4th 95 (2006) ............................................................................ 7, 8, 15

*Kight v. Cashcall,*
 200 Cal. App. 4th 1377 (2011) ................................................................ 14, 15

*Lowden v. T-Mobile USA, Inc.,*
 512 F.3d 1213 (9th Cir.), *cert. denied*, 129 S. Ct. 45 (2008) ........................ 9

KIESEL + LARSON LLP
Attorneys at Law
Beverly Hills, California

**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

*Lukovsky v. City and County of San Francisco,*
  No. C05-00389, 2006 U.S. Dist. LEXIS 3174 (N.D. Cal. Jan. 17, 2006) ................................................................................................................11

*Phillips Petroleum Co. v. Shutts,*
  472 U.S. 797 (1985) ...........................................................................................9

*Smith v. Bayer Corp.,*
  131 S. Ct. 2368 (2011) ...............................................................................17, 18

*Staton v. Boeing Co.,*
  327 F.3d 938 (9th Cir. 2003) .....................................................................16, 17

*Wal-Mart Stores, Inc. v. Dukes,*
  131 S. Ct. 2541 (2011) .............................................................12, 13, 16, 21

*Zinser v. Accufix Research Inst., Inc.,*
  253 F.3d 1180 (9th Cir. 2001) ..........................................................................20

## STATUTORY AUTHORITIES

Cal. Penal Code § 630 ..............................................................................................1, 6

Cal. Penal Code § 632 ..........................................................................................passim

Cal. Penal Code § 632(a) .............................................................................................6

Cal. Penal Code § 632(b) .............................................................................................6

Cal. Penal Code § 632(c) .............................................................................................6

Cal. Penal Code § 637.2 .......................................................................5, 6, 7, 13, 14

Cal. Penal Code § 637.2(a) ........................................................................................13

Cal. Penal Code § 637.2(b) ..................................................................................14, 22

OPEN Government Act of 2007, 5 U.S.C. § 552(a)(4)(E) .......................................21

## RULES AND REGULATIONS

Fed. R. Civ. P. 23 ...............................................................................................passim

Fed. R. Civ. P. 23(a) ..........................................................................................passim

Fed. R. Civ. P. 23(b) ..........................................................................................passim

## TREATISES

1 Newberg & Conte, *Newberg on Class Actions* (4th ed. 2002) .............................11

7A Charles Alan Wright & Arthur R. Miller, *Federal Practice & Procedure*
  (2d ed. 1986) ................................................................................................2, 20

KIESEL + LARSON LLP
Attorneys at Law
Beverly Hills, California

## CONSTITUTIONAL PROVISIONS

Cal. Const. art. I, § 1 ................................................................................... 5, 6, 7