PERRIE M. WEINER (SBN 134146)
perrie.weiner@dlapiper.com
EDWARD D. TOTINO (SBN 169237)
edward.totino@dlapiper.com
GRANT P. ALEXANDER (SBN 228446)
grant.alexander@dlapiper.com
MONICA D. SCOTT (SBN 268109)
monica.scott@dlapiper.com
**DLA PIPER LLP (US)**
2000 Avenue of the Stars,
Suite 400 North Tower
Los Angeles, California  90067-4704
Tel:   (310) 595-3000
Fax:   (310) 595-3300

Attorneys for Defendant
CAPITAL ONE BANK (USA), N.A.

PAUL R. KIESEL (SBN 119854)
kiesel@kbla.com
JEFFREY A. KONCIUS (SBN 189803)
koncius@kbla.com
**KIESEL LAW LLP**
8648 Wilshire Boulevard
Beverly Hills, California  90211-2910
Tel:   (310) 854-4444
Fax:   (310) 854-0812

Attorneys for Plaintiff
STANLEY NADER, on behalf of himself
and all others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY NADER, on behalf of himself and all others similarly situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>CAPITAL ONE BANK (USA), N.A., and DOES 1 through 20,<br><br>                    Defendants.<br><br>AND RELATED CONSOLIDATED CASES | CASE NO.  CV12 1265 DSF (RZx)<br>[Consolidated with<br>Case No. CV12-1772 DSF (RZx) and<br>Case No. CV12-4906 DSF (RZx)]<br><br>**STIPULATION REQUESTING ORDER TO EXTEND DEADLINE FOR REQUESTING EXCLUSION FROM THE CLASS**<br><br>Consolidated Complaint Filed:<br>    July 24, 2012<br><br>Amended Consolidated Complaint<br>    Filed:   October 22, 2012<br><br>Trial Date:  November 5, 2013 |

DLA Piper LLP (US)
Los Angeles

WEST\248260263.1

**STIPULATION REGARDING EXCLUSION DEADLINE**

Subject to the approval of the Court, Defendant CAPITAL ONE BANK (USA), N.A. ("Defendant") and Plaintiffs STANLEY NADER and JARETT OLSON ("Plaintiffs") hereby stipulate and agree as follows:

1. On April 30, 2014, the Court issued its Order Granting Preliminary Approval of Class Action Settlement, Conditionally Certifying a Settlement Class, Approving Form of Notice to the Class and Setting Hearing on Final Approval of Settlement (the "Preliminary Approval Order") (Document 131);

2. Pursuant to Section 12 of the Preliminary Approval Order, the persons who wish to exclude themselves from the Class must mail their exclusion requests no later than eighty (80) days after the date of the Preliminary Approval Order which is July 19, 2014.

3. Some Post Card Notices are still being returned to the Settlement Administrator because they were undeliverable and the Settlement Administrator is updating the addresses for these Post Card Notices and re-mailing them. So far, approximately 27,500 Post Card Notices have been re-mailed.

4. In order to give the members of the Class more time to request to be excluded from the class, the parties have agreed to request that the Court extend the deadline to request exclusion from the Class for approximately two weeks from July 19, 2014 to August 1, 2014. Exclusion requests would therefore be timely if postmarked no later than August 1, 2014 and received by the Settlement Administrator no later than August 8, 2014.

As a result, the Parties hereby stipulate and agree, that the Court enter an Order to this effect.

**IT IS SO STIPULATED.**

Dated: July 18, 2014          **DLA PIPER LLP (US)**


By /s/ Edward D. Totino
    PERRIE M. WEINER
    EDWARD D. TOTINO
    GRANT P. ALEXANDER
    MONICA D. SCOTT
    Attorneys for Defendant
    CAPITAL ONE BANK (USA), N.A.


Dated: July 18, 2014          **KIESEL LAW LLP**


By /s/ Jeffrey A. Koncius
    PAUL R. KIESEL
    JEFFREY A. KONCIUS
    Attorneys for Plaintiff
    STANLEY NADER, on behalf of
    himself and all others similarly situated