Kevin E. King (your name)
AT 1700 (CDC #)
P.O. Box 600
Tracy, CA 95378-0600
In Pro per

IN PRO-SE    Aug 29, 2014

FILED
CLERK, U.S. DISTRICT COURT
SEP - 4 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT of CALIFORNIA

STANLEY Nader PlaiNTiff )
Kevin E. King PARTY OF )
                        )
V.                      )
                        )
CAPITOL ONE bANK U.S.A. )
DEFENDANTS ETAL., )

CASE No. CV-12-1265 DSF CRZX)

OBJECTION TO SETTLEMENT
bASED ON bEING dENIED
MANdATORY JOINDER

**TO: THE HONORABLE COURT IN THE ABOVE ENTITLED CAUSE**

**PLEASE TAKE NOTICE:** That as soon as this matter may be heard by the Court, the above named ~~Plaintiff~~ will move for a OBJECTION TO SETTLEMENT bEFORE OR AS SOON AS THE MATTER MAY bE hEARd ON SEPTEMBER 12, 2014 Mr. King is A PARTY TO PlAiNTiFF ANd A PARTY TO THE LAWSUIT bUT hAS bEEN FORCEd OUT

This ~~objection~~ is based on all the records and files listed under the above mentioned case number, and the attached declaration of the defendant.

DATE: AUGUST 30, 2014 .         **RESPECTFULLY SUBMITTED,**

Kevin E. King                    .
IN PRO-SE PARTY TO PlAiNTiFF

1

## STATEMENT of FACTS:

1. out of ALL MOTIONS, NEGOTIATIONS and RULINGS. The PARTY is
2. ACTUALLY A PLAINTIFF and COMES IN under his CONSTITUTIONAL
3. RIGHTS BEING VIOLATED. As a PLAINTIFF or PARTY he has STANDING
4. RIGHT TO JOIN THE SUIT BASED ON MANDATORY JOINDER FED R.
5. CIVIL PROC. 19 (a) and his 14th AMEND RIGHT TO DUE PROCESS and
6. EQUAL PROTECTION. As a PARTY or PLAINTIFF JOINING MR. KINGS
7.
8. 1th, 6th and 14th AMEND RIGHT Along with ARTICLES and SECTIONS
9. HAVE BEEN VIOLATED BECAUSE HE WAS DENIED his RIGHT TO JOIN
10. ON JULY 28, 2014 and his RIGHT TO REPRESENT himself IN AS
11. A PRO-SE LITIGANT. As a LAYMAN AT LAW. FED RULES CIV PROC
12. RULE 12 (b),(C) 28 U.S.C.A. ON JULY 3, 2014 THE PARTY SUBMITTED
13.
14. AN "AMENDED ComplainT." which WAS THE WRONG PROCEDURE.
15. THE PARTY NOW COMES IN OBJECTING TO THE LAW SUIT and MOVES
16. FOR THE DIRECTION of BEING DENIED AS MANDATORY JOINDER ON
17. SEVERAL GROUNds IN his QUEST TO ALSO BE A PARTY TO THE
18. ORIGINAL SUIT FILED by STANLEY NADER. MOREOVER, and
19.
20. MOST IMPORTANTLY THE PARTY WAS A CAPITOL ONE BANK
21. CREDIT CARD HOLDER and MEMBER and has BEEN VIOLATED
22. SEVERAL TIMES WHEN HE WASN'T NOTIFIED OR ADVISED ABOUT THE LAW
23. SUIT Through ATTORNEYS OR PLAINTIFF NADER; REGARDING NOT
24. BEING GIVEN VERBAL NOTICE ABOUT CALLS BEING RECORDED ON
25. NOVEMBER 21, 2006 and JANUARY, FEBUARY and MARCH of 2007
26. and SEVERAL IN 2008, 2009, 2010 and IN MARCH of 2012. This
27. PARTY has a big family and SEVERAL other family MEMBERS

2

## STATEMENT of FACTS:

1  had Capitol one bank U.S.A. credit Cards at The address
2  of 5805 Ambler Street Sacramento, CA. 95823, 916)421-2860.
3  Capitol one bank U.S.A. made several Calls and This party was
4  on the other End of The phone, Moreover, This party was not
5  advised That The Calls were being recorded, or Monitored
6
7  Therefore, This party was never advised about any Lawsuit
8  and That Capitol one bank U.S.A. advised Mr. King The
9  Complaining and objecting party That In 2011 and 2012
10  Capitol one bank U.S.A. Called The 916)421-2860 No. And
11  advised The party who should be plaintiff as well That They
12
13  Plan To Cease his Son Kevin Eugene Kings JR'S Assets and
14  Estate; due To Falling behind on payments and The party
15  Kevin Eugene King SR was advised The Same Thing and
16  messed up The partys credit, Therefore The party will
17  move To be joined as a party and will Seek To file an Appeal
18
19  To The federal Appeals Court In That jurisdiction To Ensure
20  That he is Allowed To be a party. Since he wasn't advised
21  about Defendant's being Served A Summons and Complaint
22  and That he is being Kicked out of All Court proceedings
23  because he is In pro-se Litigant and That Greedy High
24  power Lawyers want To Exclude The party; when Some
25  were not members of Capitol one bank U.S.A. period.
26  This party has been shut out by The The Court now,
27  The partys Information and his Son with The Same Name has
28  given out Confidential Information on This party destroying

3

## CONCLUSION:

his Sons and the partys credit. This party will once again REQUEST to be assigned to the Leading attorney to be a party to the suit. This party believes the Law suit is unfair to certain Clients and will ask a federal Appeals Court to review his ConCerns now instead of waiting for the

SEPT 12, 2014 objections hearing.
Various Tort claims should also be heard on appeal in the matter IF this Court disagrees with The party.

## CAUSE OF ACTION:

1.) AN OVERT COVERT OPERATION / CORRUPT ORGANIzation
2.) FREEdom of INFORmation act Defendants withheld
3.) Breach of ConTract
4.) PROFESSIONAL NEGLIGENCE
5.) UNFAIR business / Government Civil rights discrimination
6.) Violations of The First 1, 6th and 14th amend ArtiClect+secs
7. PUNITIVE Damages

## HOPE and PRAYER:

This PARTY is a part of this Law suit and IF IN FACT he is NOT INCLUDED immediately he will SEEK the higher FEDERAL Courts ruling. The Magistrate stated before that he thinks he's a plaintiff; this party knows for a fact he's part of the plaintiff but comes in as a party and this Court or Defendants and The attorney's appointed cannot prove otherwise. The ball is now in your Court. This party only wants his and his Sons fair share. God Bless Thank you.

4

# UNITED STATES DISTRICT COURT

## *CENTRAL* DISTRICT OF CALIFORNIA

*STANLEY NADER PLAINTIFF*
*KEVIN E. KING PARTY OF Petitioner,*
   V.
                        *ETAL,*
*CAPITOL ONE BANK U.S.A. DEFENDANTS*
                        *Respondent.*

CASE NO. *CV-12-1265-DSF (R2X)*

PROOF OF SERVICE BY MAIL

I am a citizen of the United States and a resident in the state of California. I'm currently incarcerated in a California State Prison. I'm over the age of 18 years, and a party to the within action.

I served the following document to each of the persons named below at the address shown. By placing a true copy in a sealed envelope with postage fully prepaid, in the U.S. Mail at the Institutional mailroom.

**DOCUMENT:** *OBJECTIONS TO SETTLEMENT*

**PARTIES SERVED:**
*CAPITOL ONE BANK U.S.A. DEFENDANTS ETAL,*
*ATTORNEY'S FROM BOTH SIDES*
*U.S. DISTRICT COURT CENTRAL DIST OF CALIF*
*OFFICE OF THE CLERK*
*U.S. COURTHOUSE LOS ANGELES, CA. 90012*

I declare under penalty of perjury the above statements are true and correct. This document executed on the *31* Day of *AUGUST* 20*14*, in the city of Tracy, San Joaquin County, California. By: *KEVIN E. KING*      print your name

SIGNED: *Kevin E. King*