PERRIE M. WEINER (SBN 134146)
perrie.weiner@dlapiper.com
EDWARD D. TOTINO (SBN 169237)
edward.totino@dlapiper.com
GRANT P. ALEXANDER (SBN 228446)
grant.alexander@dlapiper.com
MONICA D. SCOTT (SBN 268109)
monica.scott@dlapiper.com
**DLA PIPER LLP (US)**
2000 Avenue of the Stars,
Suite 400 North Tower
Los Angeles, California 90067-4704
Tel: (310) 595-3000
Fax: (310) 595-3300

Attorneys for Defendant
CAPITAL ONE BANK (USA), N.A.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY NADER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA), N.A., and DOES 1 through 20,<br><br>Defendants.<br><br>AND RELATED CONSOLIDATED CASES | CASE NO. CV12 1265 DSF (RZx) [Consolidated with Case No. CV12-1772 DSF (RZx) and Case No. CV12-4906 DSF (RZx)]<br><br>**CAPITAL ONE BANK (USA), N.A.'S STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT (Docket No. 145)**<br><br>Hearing:<br>Date: November 3, 2014<br>Time: 1:30 p.m.<br>Place: Courtroom 840 (Roybal)<br><br>Consolidated Complaint Filed: July 24, 2012<br><br>Amended Consolidated Complaint Filed: October 22, 2012<br><br>Trial Date: May 6, 2014 |

DLA PIPER LLP (US)
LOS ANGELES

WEST\250351543.1

**CAPITAL ONE'S STATEMENT OF NON-OPPOSITION**

1    PLEASE TAKE NOTICE that Defendant Capital One Bank (USA) N.A.
2 ("Capital One") does not oppose Plaintiffs' Motion for Final Approval of Class
3 Action Settlement filed on August 14, 2014.  (Docket No. 145).  For the reasons set
4 forth in Capital One's opposition to Plaintiffs' motion for class certification,
5 (Docket No. 109), as well as the holdings regarding confidentiality and consent in
6 the recent California Court of Appeal decision in *Hataishi v. First American Home*
7 *Buyers Protection Corp.*, 223 Cal. App. 4th 1454 (2014), and the decision of United
8 States District Court for the Northern District of California in *In re Google, Inc.*
9 *Gmail Litigation*, Case No. 13-MD-02430-LHK, 2014 WL 1102660 (N.D. Cal.
10 Mar. 18, 2014), Capital One does not believe that a class would be certified in this
11 action on a contested motion, but believes that certification is appropriate for
12 settlement purposes.

14    Dated:  September 9, 2014            **DLA PIPER LLP (US)**

16                                          By /s/ Edward D. Totino
                                              PERRIE M. WEINER
17                                            EDWARD D. TOTINO
                                              GRANT P. ALEXANDER
18                                            MONICA D. SCOTT
                                              Attorneys for Defendant
19                                            CAPITAL ONE BANK (USA), N.A.