# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 12-1265 DSF (RZx) | Date | 11/3/14 |
|---|---|---|---|
| Title | Stanley Nader v. Capital One Bank | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Pamela Batalo |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Paul R. Kiesel<br>Jeffrey A. Koncius<br>Prescott Littlefield | Edward D. Totino |

**Proceedings:**       Motion for Final Approval of Class Action Settlement


      The matter is called and counsel state their appearances.  The Court and counsel discuss the settlement as set forth on the record.  Counsel shall file a revised proposed order.  The matter is under submission.