1- IN PRO-PER                                       11/15/14

1. Kevin E. King CDCR AT1700
2. CSP-SAC MSF/M-12
3. P.O. Box 290066
4. Represa, Ca. 95671

FILED
CLERK, U.S. DISTRICT COURT
DEC -3 2014
CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| STANLEY NADER<br>KEVIN E. KING party and<br>others stipulated<br>PLAINTIFF,<br>V.S.<br>CAPITAL ONE BANK (USA), N.A.<br>and DOES 1 Through 20<br>DEFENDANTS, | CASE NO. CV-12-01265-DSF (RZx)<br>RESPONSE TO OBJECTIONS<br>AND NOTICE TO JOIN<br>PARTIES MICHELLE MELTON<br>and CHUCK CONGDON<br>IN INCENTIVE AWARDS AND<br>UNDER Fed R. Civil Proc 19(a)<br>MANDATORY JOINDER |

To: The Honorable Court and all Parties in the entitled cause

[Good Cause Appearing]

22. The party Mr. King still asserts his claims as a
23. party and that his First, Sixth and Fourteenth
24. Amendment right has been violated by Capital One
25. Bank (USA) and by all other attorney's and Stanley
26. Nader. Moreover, party King noticed that claim
27. forms have been sent out to preferred customers;
28. In Stockton, Ca. Mr. King was a client and

1

1  CUSTOMER, WHO NEVER ONCE RECEIVED ANY NOTICE OR CLAIM FORM
2  ABOUT THE CLASS ACTION LAW SUIT BEFORE THE COURT. MR. KING
3  OWES DEBT TO CAPITAL ONE AND CAPITAL ONE HAS ADVISED
4  MR. KING ABOUT FREEZING AND TAKING MR. KING AND HIS SONS
5  ASSETS AND PLACING A LIEN ON MR. KINGS ESTATE.
6
7  MR. KING NOW AS A CLASS MEMBER STILL SURVIVES. THE COURT
8  DENIED KING AS A PLAINTIFF AND NOW THE ATTORNEYS ARE
9  JUMPING ON THE BANDWAGON WITH THE COURT SEE PAGE 1-LINE 25
10 [DOC 168.]; BUT THIS IS INAPPROPRIATE BECAUSE KING IS A PARTY
11 AND HAS LEGAL AND CIVIL RIGHTS TO BE JOINED BASED ON
12
13 THE PARTY KING BEING A CUSTOMER AND CARD HOLDER FOR
14 CAPITAL ONE FOR THE FOLLOWING YEARS OF NOVEMBER 22, 2006,
15 JANUARY, FEBUARY, MARCH OF 2007, 2009, 2010 AND IN
16 MARCH OF 2012. MR. KINGS FAMILY MEMBERS AT 5805 AMBLER
17 STREET SACRAMENTO, CA. 95823 PHONE NO. 916) 421-2860 WERE
18
19 MEMBERS AS WELL OF CAP ONE AND NOT ONE RECEIVED
20 NOTICE ABOUT THE CLASS ACTION SUIT. THIS COURT SHOULD BE
21 ABSOLUTELY TIRED OF BLOOD THIRSTY LAWYERS GANGING
22 AND PILING UP ON THE LITTLE MAN FROM THE CITY.
23 SOME OF THE ATTORNEYS INVOLVED PROBABLY WERE NOT
24 MEMBERS OF CAPITAL ONE BANK (USA) BUT BELIEVE THEY
25 SHOULD REAP BENEFITS. MR. KING NOTICED PARTIES CHUCK
26 CONGDON AND MICHELLE MELTON FILED OBJECTIONS AND

1  believe the class action suit is unfair. King joins these
2  objections and these objection prove that everyone is
3  not satisfied with the class action suit. Mr. King as a
4  party can join under Federal R. Civil Proc 19 (a) Mandatory
5  Joinder and will seek damages or incentive awards
6
7  For violations of the privacy act, confidentiality claim,
8  (3) Negligence (4) violations of Civil Law of the First, Fifth,
9  Sixth and Fourteeth Amend, Punitive damages and now
10 Attorney Fees. The appointed Attorney's must suffer the
11 consequences of not advising clients who identify
12 themselves as class members. In the case before the Court
13
14 It appears that the Attorney's have identified certain
15 members preferrable and convient ones; discriminating
16 against party King; not abiding by civil right laws. party King
17 now has a standing legal right to be honored and awarded
18 incentive award in the amount of $10,000; which is fair and
19
20 not being greedy. Moreover, this incentive award would be
21 justified. Party King will seek an appeal in the 9th Circuit
22 Court of Appeals in San Francisco, CA. If the incentive
23 award is denied. In Radcliffe V. Experian Info Solutions,
24 715 F.3d 1157 (9th Cir. 2013). In the case at bar Nader bore
25 Laboring Cost. party King was still not notified and
26 unaware about this class action suit until the end.
27

1  had King been aware, he could have given a deposition
2  and obtained responsive documents from his home phone;
3  which is (916) 421-2860. This would have been better
4  than the CELL phone plaintiff Olson testified about
5  because party King had AT&T. Mr. King also could
6
7  have arranged for his family members who had
8  Capital One (USA) Bank testify during litigation as
9  representatives party King then would have been
10 classified as Class One 1 Tier and could have received
11 more than what plaintiff Stanley Nader was
12 awarded. King objects to ATTORNEY MATTEW A YOUNGS
13
14 Response in Exhibit "1" The Summary Dash board
15 report dated 9/30/14 is not true or correct and the
16 King challenges total potential class members and the
17 percentage of claim forms through mail and on line
18 Computer. applications. Most clients Mr. King had a
19 home phone no and still was not recognized.
20 party King was unaware about Attorney's filing a
21 class action suit against Capital One for violations
22 of Mr. Kings civil rights. See Page 3 Line 7-12 Causes of Action.
23                                                    Conclusion:
24 For the reasons set forth above party Kings objections
25 to settlement should be approved and his INCENTIVE AWARD
26 should be respectfully Granted.  signed: Kevin E. King
27                                                                          Dated: 11/15/14

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION

STANLEY NADER and KEVIN KING PARTY OF Petitioner,

V.

CAPITAL ONE BANK (USA), N.A. AND DOES 1 Through 20 DEFENDANTS

CASE NO. CV-12-01265

PROOF OF SERVICE BY MAIL

I am a citizen of the United States and a resident in the state of California. I'm currently incarcerated in a California State Prison. I'm over the age of 18 years, and a party to the within action.

I served the following document to each of the persons named below at the address shown. By placing a true copy in a sealed envelope with postage fully prepaid, in the U.S. Mail at the Institutional mailroom.

**DOCUMENT:** Respone to objections and Notice of Incentive award

**PARTIES SERVED:**

| Catherine Burke Schmidt 233 Wilshire Blvd, Ste 900 Santa Monica, CA 90401 | | | |
|---|---|---|---|
| Andrew N. Fried 1100 New York Ave NW Suite 500 West Washington, DC 20005 | Richard B. Wentz Jean M. Wentz 33 Via Ricardo Newbury Park, CA 91320 | Michael D. Braun 10680 Pico Blvd, Ste 280 Los Angeles, CA 90064 | Thomas D. Kearney Prescott W. Littlefield 633 W. Fifth St, 28 Fl Los Angeles, CA 90071 |

I declare under penalty of perjury the above statements are true and correct. This document executed on the 15 Day of November 2014, in the city of Folsom, Sacramento County, California. By: Kevin E. King

print your name

SIGNED: Kevin E. King

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

STANLEY NADER and KEVIN KING party Petitioner,

v.

CAPITAL ONE BANK (USA) NA, and DOES 1 Through 20 Defendants.

CASE NO. CV-12-01265-DSF (RZx)

**PROOF OF SERVICE BY MAIL**

I am a citizen of the United States and a resident in the state of California. I'm currently incarcerated in a California State Prison. I'm over the age of 18 years, and a party to the within action.

I served the following document to each of the persons named below at the address shown. By placing a true copy in a sealed envelope with postage fully prepaid, in the U.S. Mail at the Institutional mailroom.

**DOCUMENT:** Response To objections and Notice To join parties Michelle Melton and chuck Congdon in Incentive awards and under Fed R. Civil Proc 19(a) Mandatory joinder

**PARTIES SERVED:**

| Kiesel Law LLP<br>8648 Willshire Blvd<br>Beverly Hills, CA. 90211-2910 | U.S. Central Dist Court<br>Office of The Clerk<br>Los Angeles, CA. 90012 | Kenneth M. Lipton<br>5900 Sepulveda Blvd, STE 400<br>Van Nuys, CA. 91411 |
|---|---|---|

I declare under penalty of perjury the above statements are true and correct. This document executed on the 15 Day of November 2014, in the city of Folsom, Sacramento County, California. By: Kevin E. King

print your name

SIGNED: Kevin E. King