Darrell Palmer (SBN 125147)
Law Offices of Darrell Palmer
2244 Faraday Avenue, Suite 121
Carlsbad, CA 92008
Telephone: (858) 215-4064
Facsimile: (866) 583-8115
Email:  darrell.palmer@palmerlegalteam.com

Attorney for Objector Michelle Melton

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| STANLEY NADER, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CAPITAL ONE BANK (U.S.A.), N.A. and DOES 1 through 20,<br><br>Defendant.<br><br>AND RELATED CONSOLIDATED CASES | Case No. CV-12-01265-DSF (RZx)<br>[Consolidated with Case Nos. CV-12-1772-DSF (RZx) and CV-12-4906-DSF (RZx)]<br><br>CLASS ACTION<br><br>**NOTICE OF APPEAL** |

/ / /

/ / /

/ / /

Notice is hereby given that Michelle Melton, Objector, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order Approving Class Action Settlement and Judgment (Dkt. No. 170) entered in this action on November 17, 2014.

Dated:   December 12, 2014          By:  ____/s/ Joseph Darrell Palmer_____
                                                    Joseph Darrell Palmer
                                                    Attorney for Objector Michelle Melton

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2014, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the Central District of California by using the USDC CM/ECF system.

Service on participants in the case who are registered CM/ECF users will be accomplished by the USDC CM/ECF system.

I further certify that I have mailed the foregoing document by First-Class Mail, postage prepaid, to the following participants at the mailing addresses listed.

Kevin E. King
AT 1700
P. O. Box 600
Tracy CA 5378-0600

                                   By ____/s/ Joseph Darrell Palmer_____
                                        Joseph Darrell Palmer