**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 10 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STANLEY NADER, on behalf of himself and all others similarly situated; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> CHUCK CONGDON, <br><br> Objector - Appellant. | No. 14-56879 <br><br> D.C. No. 2:12-cv-01265-DSF-RZ <br> Central District of California, <br> Los Angeles <br><br> ORDER |

    Appellant's unopposed motion for voluntary dismissal of the case under Federal Rule of Appellate Procedure 42(b) is granted.  This case is dismissed with prejudice.

    A copy of this order sent to the district court shall act as and for the mandate of this court.

For the Court:

MOLLY C. DWYER
Clerk of the Court

Lorela Bragado-Sevillena
Deputy Clerk
    Ninth Circuit Rule 27-7/Advisory Note
    to Rule 27 and Ninth Circuit Rule 27-10

08JUNE2015/LBS/Pro Mo