FILED

JUN 11 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| STANLEY NADER, on behalf of himself and all others similarly situated; et al., | No. 14-56945 |
| Plaintiffs - Appellees, | D.C. No. 2:12-cv-01265-DSF-RZ Central District of California, Los Angeles |
| And | |
| CAPITAL ONE BANK USA, N.A., | ORDER |
| Defendant - Appellee, | |
| v. | |
| MICHELLE MELTON, Individual, | |
| Objector - Appellant. | |

Appellant's motion to dismiss this appeal is granted.  Fed. R. App. P. 42(b).

The parties agree to bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:


By: Peter W. Sherwood
Circuit Mediator


PWS/Mediation